**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00329-CV**
_____

**MICHELLE BAYSINGER, Appellant**

**V.**

**TAKE 5 PROPERTIES SPV LLC D/B/A TAKE 5 OIL CHANGE #106,**
**Appellee**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 24-06-08513

**MEMORANDUM OPINION**

Michelle Baysinger, Appellant, and Take 5 Properties SPV LLC d/b/a Take 5 Oil Change #106, Appellee, filed a Joint Motion to Dismiss. *See* Tex. R. App. P. 42.1(a)(2)(B). The parties ask this Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition in accordance with the parties' agreement. *Id.* We grant the motion, vacate the

1

judgment of the trial court without regard to the merits and remand the case to the trial court for entry of judgment in accordance with the parties' agreement.

VACATED AND REMANDED.

PER CURIAM

Submitted on June 17, 2026
Opinion Delivered June 18, 2026

Before Golemon, C.J., Johnson and Wright, JJ.